**STATE of Missouri, Respondent,**

**v.**

**William Melvin SHIVERS, Appellant.**

**WD 78121**

Missouri Court of Appeals,
Western District.

ORDER FILED: April 26, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2016

Application for Transfer Denied August 23, 2016

Christine K. Lesicko, Jefferson City, MO, for respondent.

S. Kate Webber, Kansas City, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Mark D. Pfeiffer, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

William Melvin Shivers appeals his conviction of second-degree murder following a jury trial. We affirm. Rule 30.25(b).